# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 22-00980-FWS (KESx) | Date | September 23, 2022 |
|---|---|---|---|
| Title | U.S. Alliance Group, Inc. v. NCR Corporation et al | | |

| Present: The Honorable | FRED W, SLAUGHTER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

      The court has received Plaintiff's Notice of Dismissal dismissing the action in its entirety [33].  Therefore, the court **ORDERS** the case to be closed.  Any pending motions are **DENIED AS MOOT.**  The Court hereby orders all proceedings in the case vacated and taken off calendar.

.

|  | - | : | - |
|---|---|---|---|
| Initials of Deputy Clerk | mku | | |